**Response to Notice of Final Cure Payment**

**Case#**  11-16527             **Name**   Paul and Mary Carrington

BMO Harris Bank agrees that the trustee has paid in full the amount required to cure the default on the claim.

**Payment Due Date:** _____          **Amount Due:** _____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

IN RE:　RESPONSE TO NOTICE OF FINAL CURE

CASE NO.　11-16527

Debtor:　Paul W Carrington and Mary Ann Carrington

CHAPTER:　13

## CERTIFICATE OF SERVICE

　　　I do hereby certify that I have this July 9, 2015, served a copy of the Response to Notice of Final Cure Payment upon all parties listed by placing the same into the United States mail with adequate pre-paid postage thereon;

Paul W Carrington
4705 Tribeca #2111
Plano, TX 75024

Mary Ann Carrington
2535 Nottingham Ln
Naperville, IL 60565

Scott Greenwood
Geraci Law L.L.C.
55 E. Monroe #3400
CHICAGO, IL 60603

Glenn B Stearns
801 Warrenville Rd.
Suite 650
Lisle, IL 60532

　　　　　　　　　　　　　　　　　　BMO Harris Bank, N.A.
　　　　　　　　　　　　　　　　　　By: /s/
　　　　　　　　　　　　　　　　　　John Rowinski
　　　　　　　　　　　　　　　　　　Bankruptcy Specialist

BKR-180-RC
770 N. Water Street
Milwaukee, WI 53202
866-280-8434 option 2